UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAMES GREGORY BARRETT,<br><br>Debtor.<br>──────────────────────<br>JAMES GREGORY BARRETT,<br><br>Appellant,<br>v.<br>SALTON SEA ESTATES III, LLC,<br><br>Appellee. | Case No.: 22-CV-222 JLS (WVG)<br><br>**ORDER DISMISSING APPEAL WITHOUT PREJUDICE** |

On March 11, 2022, the Court denied Appellant James Gregory Barrett's Motion to Proceed In Forma Pauperis ("IFP"). ECF No. 5. The Court granted Plaintiff twenty-one days to either pay the entire $298 filing fee or file a renewed Motion to Proceed IFP. *Id.* at 3. The Court warned that "[i]f Appellant fails to pay the $298 filing fee in full or submit a renewed Motion to Proceed IFP within twenty-one (21) days, the Court will dismiss this action without prejudice." *Id.*

///

///

   Appellant has failed to pay the $298 filing fee or file a renewed Motion to Proceed IFP by the April 1, 2022, deadline.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this appeal.  The Clerk of the Court shall close the file.

   **IT IS SO ORDERED**.

Dated:  April 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge